UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSTISLAV DOTSENKO, | Case No. 4:26-cv-01571-KAW |
| Plaintiff, | |
| | **ORDER DENYING PLAINTIFF'S MOTION TO RESTORE STATUTE OF LIMITATIONS** |
| v. | |
| DIANE NORTHWAY, et al., | Re: Dkt. No. 2 |
| Defendants. | |

On February 23, 2026, Plaintiff Rostislav Dotsenko filed a "motion to restore the statute of limitations" concurrently with their complaint. (Pl.'s Mot., Dkt. No. 2.)  Plaintiff contends that their case-initiating documents were erroneously returned by the court on multiple occasions, which is why the case was not timely filed. *Id.* at 1. The Federal Rules of Civil Procedure, however, do not permit such a motion.  For that reason, the motion is DENIED.

Nonetheless, the Court notes that the complaint consists of a single cause of action under 42 U.S.C. § 1983, which has a two-year statute of limitations.  Plaintiff's allegations concern events that occurred in 2025, so, if the dates are correct, the claim would not be time-barred.  Even so, if Plaintiff intends to argue that the doctrine of equitable estoppel extends the relevant statute of limitations, they are advised of their right to file an amended complaint, under Federal Rule of Civil Procedure 15, prior to formally serving Defendants.  If Plaintiff intends to amend the complaint, Plaintiff is encouraged to contact the Federal Pro Bono Project's Help Desk for assistance—a free service for pro se litigants—by calling (415) 782-8982.

IT IS SO ORDERED.

Dated: March 3, 2026

_____
KANDIS A. WESTMORE
United States Magistrate Judge

United States District Court
Northern District of California