UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSTISLAV DOTSENKO,<br><br>    Plaintiff,<br><br>    v.<br><br>CITY AND COUNTY OF SAN FRANCISCO,<br><br>    Defendant. | Case No.  4:26-cv-01571-KAW<br><br>ORDER TO SHOW CAUSE TO PLAINTIFF<br><br>Re: Dkt. No. 11 |

On May 11, 2026, Defendant filed a motion to dismiss. Pursuant to Civil Local Rule 7-3(a), Plaintiff's opposition was due 14 days after the motion was filed, which was May 26, 2026.

To date, Plaintiff has not filed an opposition or statement of non-opposition. Pursuant to the undersigned's standing order, "[t]he failure of the opposing party to file a memorandum of points and authorities in opposition to any motion shall constitute consent to the granting of the motion." (Judge Westmore's General Standing Order ¶ 23.)

Accordingly, Plaintiff is ordered, on or before **June 18, 2026**, 1) to file an opposition or statement of non-opposition to the pending motion, and 2) to file a response to this order to show cause explaining why the opposition was not timely filed. Should an opposition be filed, Defendant may file a reply on or before **July 2, 2026**.

Finally, the hearing set for June 18, 2026 is continued to **July 16, 2026**.

IT IS SO ORDERED.

Dated: June 3, 2026

KANDIS A. WESTMORE
United States Magistrate Judge

United States District Court
Northern District of California